**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Pierce Division**

Case No.: 2:21mc14073

Case Pending in the U.S. District Court for the Northern District of California:
*Sweet, et al. v. Rosenfelt, et al.*, 3:19-cv-03674-ALSUP (N.D. Cal.)

IN RE SUBPOENA SERVED ON
ELISABETH DEVOS

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Jesse Panuccio of Boies Schiller Flexner LLP, hereby enters his appearance in this action on behalf of Movant, Elisabeth DeVos.

Respectfully submitted this 9th day of February, 2021.

> */s/ Jesse Panuccio*
> Jesse Panuccio
> Florida Bar No. 31401
> Boies Schiller Flexner LLP
> 401 E. Las Olas Blvd.
> Ste. 1200
> Fort Lauderdale, FL 33301
> Telephone: (954) 356-0011
> Email: jpanuccio@bsfllp.com