**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Pierce Division**

Case No.: 2:21mc14073-MARTINEZ-MAYNARD

Case Pending in the U.S. District Court for the Northern District of California:
*Sweet, et al. v. Rosenfelt, et al.*, 3:19-cv-03674-ALSUP (N.D. Cal.)

|  |  |
|---|---|
| IN RE SUBPOENA SERVED ON ELISABETH DEVOS | ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**
**FOR MOVANTS' COUNSEL KEVIN P. HANCOCK**

Pursuant to S.D. Fla. L.R. 11.1(g), please take notice that effective immediately, the mailing address and contact information for Kevin P. Hancock, counsel of record for Movants, the U.S. Department of Education, the U.S. Secretary of Education, and former U.S. Secretary of Education Elisabeth DeVos, has changed from the information previously on file with this Court. The new address and contact information are as follows:

Kevin P. Hancock
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
kevin.p.hancock@usdoj.gov
(202) 514-3183

1

Dated:  February 9, 2021

Respectfully submitted,

/s/ *Kevin P. Hancock*
KEVIN P. HANCOCK (Special Bar No. A5502375)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20530
Telephone: (202) 514-3183
Email: kevin.p.hancock@usdoj.gov

*Attorney for Movants*

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on February 9, 2021, the foregoing notice was served using the following methods on the below interested parties and non-parties to this action.

By Email: Counsel for Respondents

Eileen M. Connor
Rebecca C. Ellis
Toby R. Merrill
Margaret E. O'Grady
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
Email: mogrady@law.harvard.edu
   rellis@law.harvard.edu
   tomerrill@law.harvard.edu
   econnor@law.harvard.edu

Joseph Jaramillo
Claire Torchiana
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
Tel: (510) 271-8443
Fax: (510) 868-4521
Email: ctorchiana@heraca.org
   jjaramillo@heraca.org

                */s/Kevin P. Hancock*
                KEVIN P. HANCOCK