# Exhibit 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SWEET, et al., | |
| Plaintiffs, | No. C 19-03674 WHA |
| v. | |
| ELISABETH DEVOS, United States Secretary of Education, et al., | **ORDER RE DISCOVERY LETTER AND RELATED MATTERS** |
| Defendants. | |

The Court appreciates class counsel's request to depose Elisabeth DeVos, but the prior order restricted deposition of "*the Secretary*" (Dkt. No. 146) (emphasis added). It imposed no such restriction regarding Citizen DeVos. Now, given her new status, if counsel pursues such deposition, it must subpoena Ms. DeVos. For that matter, the Department of Education shall please identify our new defendant. The Clerk shall then please update the caption.

**IT IS SO ORDERED.**

Dated: January 12, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE