UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case No.: 2:21mc14073-MARTINEZ/MAYNARD

Case Pending in the U.S. District Court for the Northern District of California:
*Sweet, et al. v. Rosenfelt, et al.*, 3:19-cv-03674-ALSUP (N.D. Cal.)

IN RE SUBPOENA SERVED ON
ELISABETH DEVOS

## NOTICE OF APPEARANCE

The Clerk of Court is respectfully requested to enter the appearance of R. Charlie Merritt as counsel of record in the above-captioned matter for Movants, the U.S. Department of Education, the U.S. Secretary of Education, and former U.S. Secretary of Education Elisabeth DeVos, in her official capacity as former Secretary. Mr. Merritt's contact information is as follows:

R. Charlie Merritt
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
robert.c.merritt@usdoj.gov
(202) 616-8098

Dated:  March 1, 2021                              Respectfully submitted,

                                                 SARAH E. HARRINGTON
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (Special Bar No. A5502733)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20530
Telephone: (202) 616-8098
Email: robert.c.merritt@usdoj.gov


*Attorneys for Movants*