UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MC-14073-MARTINEZ/MAYNARD

IN RE SUBPOENA SERVED ON
ELISABETH DEVOS
_____/

## ORDER

**THIS MATTER** is before the Court upon Elisabeth Devos's Expedited Motion to Stay the Magistrate Judge's Order on the Expedited Motion to Transfer ("Motion") (DE 30). Upon careful consideration, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED AS MOOT**.

The Clerk of Court has already transferred this matter electronically to the Northern District of California, as confirmed by the docket in this case. The electronic transfer is effective immediately. Accordingly, at this juncture, the Court does not possess jurisdiction to stay the transfer order. *See Forbes v. Lenox Fin. Mortg., LLC*, 2008 WL 11331979, at *2 (S.D. Fla. Sept. 10, 2008) ("Upon the physical transfer of the case file to the transferee forum, the transferor court is stripped of jurisdiction to review its transfer order.") (citing *In re Southwestern Mobile Homes, Inc.*, 317 F.2d 65, 66 (5th Cir. 1963) (per curiam) (denying mandamus review of a transfer order, concluding that the transferor court, and appellate court, had lost jurisdiction where a formal order of transfer was entered in the transferor court, and the transferee court received and docketed the papers)).

In respect to a hasty transfer, litigants are not without remedies. *See generally Roofing & Sheet Metal Servs., Inc. v. La Quinta Motor Inns, Inc.*, 689 F.2d 982, 985-990 (11th Cir. 1982). In this particular case, however, the Court has reviewed the record and given careful consideration to Movant's arguments. Applying the review standards of Rule 72(a), the Court agrees that "exceptional circumstances" exist here and warrant a transfer to the Northern District of California for all of the reasons articulated by Magistrate Maynard.

1

Put differently, although the transfer was effectuated prior to the objections period, the same result would follow—rendering Movant's procedural concern harmless.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of April, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE